

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Lidia Siebyla

_____  )
_____  )
                                 )

Plaintiff(s),            )

v.                      )

_____  )

The Suburban Bus Division Of The RTA, d/b/a  )
Pace Suburban Bus Service, public corporation,  )
and Lorraine Snorden, Deputy Executive  )
Director, Strategic Services, individually and as  )
agent for Pace and Marion Roglich as  )
Department Manager of Human Resources and  )
as agent for Pace, and Robert Huffman,
Department Manager, Planning & Scheduling,
Strategic Services, individually and as agent for
Pace

_____

Defendant(s).

| |
|---|
| 1:19-cv-01251 |
| Judge Harry D. Leinenweber |
| Magistrate Judge M. David Weisman |

**RECEIVED**

FEB 19 2019

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Lidia Siebyla _____ of the
county of Cook _____ in the state of Illinois _____.

3. The defendant is The Suburban Bus Division of the Regional Transportation Authority , whose
street address is 550 W. Algonquin Rd, Arlington Heights, Illinois _____,
(city) Arrington Hts (county) Cook (state) IL (ZIP) 60005
(Defendant's telephone number) ( 847/228 -2310 ) – ____

4. The plaintiff sought employment or was employed by the defendant at (street address)
Pace Suburban Bus _____ (city) Arlington Hts
(county) _____ cook (state) IL (ZIP code) 60005

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

   (a)  ☐   was denied employment by the defendant.

   (b)  ☒   was hired and is still employed by the defendant.

   (c)  ☐   was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) January_____, (day) 1_____, (year) 2017.

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both.*)

   (a)  The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☒*has not* filed a charge or charges against the defendant

   asserting the acts of discrimination indicated in this complaint with any of the

   following government agencies:

      (i)   ☒ the United States Equal Employment Opportunity Commission, on or

      about (month)October__(day)19_____(year)_____2018.

      (ii)  ☐ the Illinois Department of Human Rights, on or about

      (month)_____(day)_____(year)_____.

   (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☐ Yes, ☒ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____(day)_____ (year) _____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day)_____(year)_____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    *(a)* ☐    the United States Equal Employment Opportunity Commission has not

    issued a *Notice of Right to Sue.*

    (b) ☒ the United States Equal Employment Opportunity Commission has issued

    a *Notice of Right to Sue*, which was received by the plaintiff on

    (month)_ Nov _(day)_ 19 _(year)_ 2018 _a copy of which

    *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

    (a) ☒ Age (Age Discrimination Employment Act).

    (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

itional space for ANY section, please attach an additional sheet and reference that section.]

lity (Americans with Disabilities Act or Rehabilitation Act)

al Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

on (Title VII of the Civil Rights Act of 1964)

itle VII of the Civil Rights Act of 1964)

nt is a state, county, municipal (city, town or village) or other local

agency, plaintiff further alleges discrimination on the basis of race, color, or

(42 U.S.C. § 1983).

ver the statutory violation alleged is conferred as follows: for Title VII claims

1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42

and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the

Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

[*check only those that apply*]
to hire the plaintiff.

ated the plaintiff's employment.

to promote the plaintiff.

to reasonably accommodate the plaintiff's religion.

to reasonably accommodate the plaintiff's disabilities.

to stop harassment;

ted against the plaintiff because the plaintiff did something to assert rights
ted by the laws identified in paragraphs 9 and 10 above;

(specify): _____

dditional space for ANY section, please attach an additional sheet and reference that section.]

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)    ☐ Direct the defendant to hire the plaintiff.

(b)    ☐ Direct the defendant to re-employ the plaintiff.

(c)    ☒ Direct the defendant to promote the plaintiff.

(d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)    ☐ Direct the defendant to (specify): Stop harrasment

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Lidia Srebyla_
(Plaintiff's signature)

LiDiA SiEByLA
(Plaintiff's name)

2 Roundstone Ln
(Plaintiff's street address)

(City) Barrington   (State) iL   (ZIP) 60010

(Plaintiff's telephone number) (847) – 428 – 9298

Date: 2/19/2019

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/05/2018

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>440-2018-06718 |
|---|---|---|
| | | and EEOC |

_____ State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br><br>**Lidia Siebyla** | Home Phone (Incl. Area Code)<br><br>**(847) 428-9298** | Date of Birth<br><br>**1951** |
|---|---|---|

| Street Address<br><br>**2 Roundstone Lane, Barrington, IL 60010** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br><br>**PACE SUBURBAN BUS** | No. Employees, Members<br><br>**500 or More** | Phone No. (Include Area Code)<br><br>**(847) 364-8130** |
|---|---|---|

| Street Address<br><br>**550 W Algonquin Rd, Arlington Heights, IL 60005** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                  **10-23-2018**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I began my employment with Respondent on or about September 8, 1988. My current position is Service Analyst. During my employment, I have been subjected to different terms and conditions of employment, including, but not limited to, harsher scrutiny. I have also been harassed and disciplined. I have complained to no avail. Subsequently, I have been suspended. I have also expressed interest in promotion and have not been promoted.**

**I believe I have been discriminated against because of my age, 67 (Y.O.B.:1951), and in retaliation for engaging in a protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.**

**I also believe I have been discriminated against because of my national origin, Polish, sex, female, and in retaliation for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | RECEIVED EEOC<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Oct 23, 2018**<br>Date   _Charging Party Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year)   CHICAGO DISTRICT OFFICE |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Lidia Siebyla
2 Roundstone Lane
Barrington, IL 60010

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2018-06718 | Michael Solomon, Investigator | (312) 869-8097 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Julianne Bowman,
District Director

11/19/18
(Date Mailed)

Enclosures(s)

cc:
Nancy Carroll-Zimmer
General Counsel
PACE SUBURBAN BUS COMPANY
550 W. Algonquin Road
Arlington Heights, IL 60005